Michele R. Stafford, Esq. (SBN 172509)
Edward D. Winchester, Esq. (SBN 271500)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California  94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
Email: mstafford@sjlawcorp.com
Email: ewinchester@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers'
Health and Welfare Trust Fund, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>JBR PARTNERS, INC., a California Corporation; and JAMES ALBERT BRYANT, an individual,<br><br>            Defendant. | Case No. C16-03888 WHA<br><br>**NOTICE OF SETTLEMENT** |

1

NOTICE OF SETTLEMENT
Case No. Case No. C16-03888 WHA            P:\CLIENTS\OE3CL\JBR Partners, Inc\Pleadings\Drafts + PDFs\Draft Notice of Settlement 120216.docx

1    PLEASE TAKE NOTICE that Plaintiffs OPERATING ENGINEERS' HEALTH AND
2 WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., and Defendants JBR
3 PARTNERS, INC. and JAMES ALBERT BRYANT have reached a settlement in this matter.  Pursuant
4 to the terms of the settlement, Defendants will be making six (6) monthly payments up to and through
5 June 1, 2017.  Upon receipt and bank clearance of Defendants' six and final payment, Plaintiffs will
6 voluntarily dismiss this matter with prejudice.

7    Accordingly, it is respectfully requested that the Court vacate the calendar in this matter,
8 including the bench trial set for November 13, 2017, but retain jurisdiction through June 2017.

10  DATED: December 20, 2016            **SALTZMAN & JOHNSON LAW CORPORATION**

12                          By:     /s/ Edward D. Winchester
                                Edward D. Winchester, Attorneys for Operating
13                              Engineers Health and Welfare Trust Fund, et al.

15  IT IS SO ORDERED.
16    Based on the foregoing and GOOD CAUSE APPEARING, the calendar on this matter is
17  vacated.  The Court shall retain jurisdiction over this matter through June 30, 2017.
18  Date:   December 20, 2016.                    _____
                                        HONORABLE WILLIAM ALSUP
19                                       UNITED STATES DISTRICT JUDGE

**NOTICE OF SETTLEMENT**
Case No. Case No. C16-03888 WHA                          P:\CLIENTS\OE3CL\JBR Partners, Inc\Pleadings\Drafts + PDFs\Draft Notice of Settlement 120216.docx