1  Michele R. Stafford, Esq. (SBN 172509)
   Edward D. Winchester, Esq. (SBN 275100)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, California  94104
   Telephone: (415) 882-7900
4  Facsimile: (415) 882-9287
   Email: mstafford@sjlawcorp.com
5  Email: ewinchester@sjlawcorp.com

6  Attorneys for Plaintiffs, Operating Engineers'
   Health and Welfare Trust Fund for Northern California, et al.
7
   THE COCHRAN FIRM – CALIFORNIA
8  James A. Bryant II, SBN 255652
   4929 Wilshire Blvd., Suite 1010
9  Los Angeles, CA 90010
   Telephone: 323-435-8205
10 Facsimile: 310-802-3829
   Email: jbryant@cochranfirm.com
11
12 Attorney for Defendants, JBR Partners, Inc., et al.

13                  UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15

16 | OPERATING ENGINEERS' HEALTH AND | Case No. C16-3888 WHA |
   | WELFARE TRUST FUND FOR NORTHERN | |
17 | CALIFORNIA, et al., | ~~STIPULATION OF VOLUNTARY~~ |
   | | ~~DISMISSAL; [PROPOSED]~~ ORDER |
18 |                 Plaintiffs, | ~~THEREON~~ |
   | | |
19 |         v. | |
   | | |
20 | JBR PARTNERS, INC., a California corporation; | |
   | and JAMES ALBERT BRYANT, an individual, | |
21 | | |
   |                 Defendants. | |
22 | | |

23        //

24        //

25        //

26        //

27        //

28
                                    1

1

2

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1)(ii), Plaintiffs Operating

Engineers' Health and Welfare Trust Fund for Northern California, et al. and named Defendants JBR

3

Partners, Inc., et al., through their attorneys, reached a settlement and stipulate to the voluntary dismissal

4

of this action, in its entirety, with prejudice.

5

Plaintiffs have not previously filed or dismissed any similar action against Defendants.

6

7    DATED: January 23, 2017                                 SALTZMAN & JOHNSON LAW CORPORATION

8

By:              /S/
9                                                             Edward D. Winchester
                                                              Attorneys for Plaintiffs, Operating Engineers'
10                                                            Health and Welfare Trust Fund for Northern
                                                              California, et al.
11

12                                                           THE COCHRAN FIRM - CALIFORNIA

     DATED: January 23, 2017
13
                                                   By:              /S/
14                                                            James A. Bryant
                                                              Attorneys for Defendants, JBR Partners, Inc., et al.
15

16   IT IS SO ORDERED.

17        This case is hereby dismissed with prejudice, and the calendar herein is vacated.

18   DATED: January  25 , 2017

19

20                                                          UNITED STATES DISTRICT COURT JUDGE

21

22

23

24

25

26

27

28

2